SEBASTIAN LAUT, as Administrator of the Estate of JOHN D. LAUT, Deceased, Appellant, *v.* BROOKLYN & QUEENS YOUNG MEN'S CHRISTIAN ASSOCIATION, Respondent.

Argued June 18, 1942; decided July 29, 1942.

*Jacquin Frank* and *David M. Fink* for appellant.

*William P. Cotter, Desmond T. Barry, Joseph J. Brophy* and *Clarence B. Tippett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.